# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH PRINCE, | Case No.: 3:11-CV-820-RCJ-WGC |
| Plaintiff, | |
| vs. | **MINUTE ORDER** |
| COURTNEY SPRING, an individual, *et al.*, | |
| Defendants. | |

**MINUTE ORDER IN CHAMBERS:**

IT IS HEREBY ORDERED that this matter is referred to the Magistrate Judge for the purpose of conducting a settlement conference.

**IT IS SO ORDERED** this 8th day of March, 2013.

_____
ROBERT C. JONES
United States Chief District Judge